UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Yesenia Elizabet Chavez-Vazquez,<br><br>Defendant. | Case No.: 19CR3158-BAS<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Information in Criminal Case No. 19CR3158-BAS against defendant Yesenia Elizabet Chavez-Vazquez be, and hereby is, dismissed;

IT IS SO ORDERED.

DATED: 9-12-19

HON. Cynthia Bashant
United States District Judge